BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration

    160 Spear Street, Suite 800
    San Francisco, California  94105
    Telephone:  (415) 977-8975
    Facsimile:  (415) 744-0134
    E-Mail: Brenda.Pullin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ALAN CURRY,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:15-CV-200-BAM<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's brief in support of remand.  The extension is necessary because the undersigned attorney for Defendant was unexpectedly on leave from September 21, 2015, to October 7, 2015, due to a medical

1

emergency. The undersigned attorney for Defendant is diligently working to catch up on her full caseload, but will need additional time to address this case among the numerous cases which have also fallen due in her absence.

There have been no prior extensions in this case. Defendant's motion was previously due on or before October 8, 2015; the new deadline would be November 9, 2015, as the 30th day falls on a Saturday.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: October 13, 2015         By: */s/ Jonathan Omar Pena*
                                    (as authorized via e-mail)
                                    JONATHAN OMAR PENA
                                    Attorney for Plaintiff

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: October 8, 2015          By:*/s/ Brenda M. Pullin*
                                    BRENDA M. PULLIN
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

### ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time, to an including November 9, 2015, in which to file Defendant's opposition to Plaintiff's Brief in Support of Remand. All other dates in the Court's Scheduling Order are modified accordingly.
IT IS SO ORDERED.

   Dated:   **October 20, 2015**            /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

2