BENJAMIN B. WAGNER
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
URMILA R. TAYLOR, CSBN 234655
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Tel.: (415) 977-8958
    Facsimile: (415) 744-0134
    Email: urmila.taylor@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GREGORY ALAN CURRY,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-00200-BAM<br><br>STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE BRIEF |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of this Court, to extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, to December 22, 2015, according to the Court's Scheduling Order ("Order").

There is good cause for this request. The attorney originally assigned to the case was unable to timely file the brief due to an unexpected emergency. This case was re-assigned to Defendant's current attorney of record only yesterday, and she respectfully requests two weeks to review the record and respond to Plaintiff's allegations. Should Defendant's counsel require less time to do so, she shall file the brief prior to December 22, 2015. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: *December 9, 2015*     By:     /s/ *Karl E. Osterhout by Urmila R. Taylor**
                                     KARL E. OSTERHOUT
                                     *By email authorization on Dec. 9, 2015
                                     Attorney for Plaintiff

Date: *December 9, 2015*             BENJAMIN B. WAGNER
                                     United States Attorney
                                     DEBORAH STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                             By:     /s/ *Urmila R. Taylor*
                                     URMILA R. TAYLOR
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

///
///
///
///

# **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, or until December 22, 2015, in which to file an Opposition to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **December 10, 2015**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE